# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

*In Re: Ethicon Inc., Pelvic Repair System Products Liability Litigation*
*MDL No. 2327*

**Civil Action No.** 2:18-cv-00727

## SHORT FORM COMPLAINT

Come now the Plaintiff(s) named below, and for Complaint against the Defendants named below, incorporate The First Amended Master Complaint in MDL No. 2327 by reference. Plaintiff(s) further show the court as follows:

1. Female Plaintiff

   Sharon Chesser

2. Plaintiff's Spouse (if applicable)

3. Other Plaintiff and capacity (i.e., administrator, executor, guardian, conservator)

   N/A

4. State of Residence

   Ohio

5. District Court and Division in which venue would be proper absent direct filing.

   District Court of New Jersey, Trenton Division

6. Defendants (Check Defendants against whom Complaint is made):

    ☒    A. Ethicon, Inc.

    ☒    B. Johnson & Johnson

7. Basis of Jurisdiction

    ☒    Diversity of Citizenship

    ☐    Other: _____

    A. Paragraphs in Master Complaint upon which venue and jurisdiction lie:

    Paragraphs 1-11

    B. Other allegations of jurisdiction and venue:

    N/A

8. Defendants' products implanted in Plaintiff (Check products implanted in Plaintiff)

    Gynecare TVT-Secur

9. Defendants' Products about which Plaintiff is making a claim. (Check applicable products):

    Gynecare TVT-Secur

10. Date of Implantation as to Each Product:

8/17/2009: Gynecare TVT-Secur, ,

11. Hospital(s) where Plaintiff was implanted (including City and State):

Fairfield Medical Center (Lancaster, OH)

12. Implanting Surgeon(s):

Dr. Laurel Santino

13. Counts in the Master Complaint brought by Plaintiff(s):

- ☒ Count I – Negligence
- ☒ Count II – Strict Liability – Manufacturing Defect
- ☒ Count III – Strict Liability – Failure to Warn
- ☒ Count IV – Strict Liability – Defective Product
- ☒ Count V – Strict Liability – Design Defect
- ☒ Count VI – Common Law Fraud
- ☒ Count VII – Fraudulent Concealment
- ☒ Count VIII – Constructive Fraud
- ☒ Count IX – Negligent Misrepresentation
- ☒ Count X – Negligent Infliction of Emotional Distress
- ☒ Count XI – Breach of Express Warranty
- ☒ Count XII – Breach of Implied Warranty
- ☒ Count XIII – Violation of Consumer Protection Laws

- ☒ Count XIV – Gross Negligence
- ☒ Count XV – Unjust Enrichment
- ☐ Count XVI – Loss of Consortium
- ☒ Count XVII – Punitive Damages
- ☒ Count XVIII – Discovery Rule and Tolling
- ☐ Other Count(s) (Please state factual and legal basis for other claims below):

---

Dated: _____

| Address and Bar Information: | /s/*Alexander G. Dwyer* |
|---|---|
| | Attorneys for Plaintiff |

Alexander G. Dwyer
Texas Bar No. 24054271
adwyer@kirkendalldwyer.com
Kirkendall Dwyer, LLP
440 Louisiana St.
Suite 1901
Houston, Texas 77002
Tel: (713) 522-3529
Fax:(713) 495-2331

Alexander G. Dwyer

Andrew F. Kirkendall
Texas Bar No. 24050882
akirkendall@kirkendalldwyer.com
Kirkendall Dwyer, LLP
4343 Sigma Road
Suite 200
Dallas, Texas 75244
Tel: (214) 271-4027
Fax: (214) 253-0629

/s/*Andrew F. Kirkendall*
Attorneys for Plaintiff

Andrew F. Kirkendall