# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

## CHARLESTON DIVISION

IN RE: ETHICON, INC.,
PELVIC REPAIR SYSTEMS
PRODUCTS LIABILITY LITIGATION                    MDL NO. 2327

THIS DOCUMENT RELATES TO THE CASE(S)
ON THE ATTACHED EXHIBIT(S)

## ORDER
(Dismissing Ethicon Defendants without Prejudice)

Pending in MDL 2327, 2:12-md-2327 [ECF No. 7914] is a Joint Motion to Dismiss without Prejudice filed by plaintiff(s), identified in Exhibit(s) A, and Johnson & Johnson, Ethicon, Inc. and/or Ethicon, LLC (collectively referred to as "Ethicon").  The Motion seeks an order granting dismissal of the Ethicon defendants without prejudice.

The court **ORDERS** that:

(1) the Joint Motion to Dismiss without Prejudice is **GRANTED**; and

(2) the Ethicon defendants are **DISMISSED WITHOUT PREJUDICE** from the action(s) listed on the attached Exhibit(s) A;

(3) if there are no remaining defendants in a civil action, then (a) that civil action is dismissed and stricken from the docket and (b) any pending motions are **DENIED** as moot.

The court **DIRECTS** the Clerk to:

(1)  dismiss the Ethicon defendants from the individual civil action(s) without prejudice;

(2)  if no other defendants remain in an individual action, then (a) strike the action from the docket, and (b) close the case;

(3) file a copy of this Order in MDL 2327 and in each individual case on the attached Exhibit(s); and,

(4) send a copy of this Order to counsel of record and any unrepresented party.

ENTER: April 29, 2019

JOSEPH R. GOODWIN
UNITED STATES DISTRICT JUDGE

## EXHIBIT A

| Civil Action No. | Case Style |
|---|---|
| 2:18-cv-00621 | Rachel Achter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00622 | Marilyn Ackerman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00624 | Tonya Ahrens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00625 | Lizbeth Alanis v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00627 | Kimberly Alchin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00629 | Carmela Allen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00631 | Eva Alsip v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00632 | Norma Alvarado v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00634 | Sandra Anderson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00636 | Diane Austin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00637 | Lisa Baker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00638 | Gladys Ball v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00639 | Lynnette Barber v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00640 | Wilma Barnard v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00641 | Geneva Barnes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00644 | Tanya Beauford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00645 | Patricia Bellot v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00646 | Christine Bengston v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00648 | Susan Berent v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00651 | Martha Biernaski v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00654 | Vicki Bissonnette v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00656 | Charlene Black v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00658 | Monica Bligen v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00659 | Brenda Blue v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00661 | Toni Booker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00662 | Glenda Botellos v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00663 | Janet Boulware v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00665 | Debra Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00666 | Shawn Boyd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00670 | Gabby Brannan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00673 | Sharon Brannon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00675 | Janet Brewster v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00686 | Kimberly Brown v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00690 | Jacqueline Browne v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00691 | Sherry Brunn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00693 | Ruby Bryant v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00696 | Cheryl Buboltz v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00697 | Brenda Buchanan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00700 | Sandra Bunts v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00702 | Karen Myrtle Burris v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00713 | Allysen Byers v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00714 | Maria Cabral v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00715 | Liza Canuela v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00716 | Kathleen Canzanese v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00717 | Laura Carbajal v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00718 | Ann E Carlisle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00720 | Mary Carpenter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00721 | Myrtice Carter v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00722 | Sherra Cate v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00723 | Casey Caudle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00724 | Pam Cavender v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00726 | Patricia Ceska v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00727 | Sharon Chesser v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00732 | Gail Christian v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00734 | Tamara Cicogna v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00736 | Leann Clark v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00737 | Elaine Clarke v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00738 | Christina Cleveland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00740 | Ninalinn Clowes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00741 | Tammy Clymer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00742 | Nancy Cobb v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00744 | Rhonda Cochran v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00746 | Doris Cockrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00747 | Linda Coffman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00753 | Dana Conley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00755 | Ola Contino v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00758 | Debbie Cook v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00762 | Kimberly Ann Coyle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00763 | Dorothy Coyne v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00765 | Doreen Cranmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00767 | Shirley Crispens v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00769 | Iris Dallas v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00771 | Linda Daugherty v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00772 | Anthia Delgado v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00773 | Emily Delph v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00774 | Geraldine Demby v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00775 | Lynette Desch v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00776 | Brenda Devries v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00779 | Christine Dotson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00787 | Anna Dye v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00789 | Kristin Einberger v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00790 | Blanche Ell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00791 | Sandra Ellisor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00792 | Verona Endrizzi v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00793 | Anita Espinoza v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00794 | Roberta Estell v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00795 | Carol Everetts v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00796 | Amy Eyman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00797 | Kathleen Farmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00798 | Trella Farrell v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00799 | Pamela Farris v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00800 | Diana Fasett v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00801 | Janet Ferguson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00803 | Jenny Fillmore v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00805 | Susan Fleming v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00806 | Cynthia Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00807 | Lucinda Fowler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00808 | Brooke Fraley-arpan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00809 | Ann Franklin v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00810 | Mary Freeland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00811 | Yvonne Gaines v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00812 | Charlene Gall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00813 | Janine Gibeaut v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00815 | Barbara Gifford v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00816 | Kizzie Gilliam v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00817 | Sandra Glassing v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00834 | Kimberly Glynn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00836 | Ceceilia Gonzales v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00838 | Imogene Goodnight v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00839 | Bella Gorbacheva v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00841 | Pamela Gordon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00842 | Lisa Granados v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00843 | Sandra Green v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00848 | Margaret Gutierrez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00851 | Lisa Hackler v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00855 | Lisa Hale v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00859 | Brenda Hall v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00861 | Stephanie Hanson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00863 | Marilyn Harlan v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00864 | Carol Harrel v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00865 | Davida Harrison v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00866 | Darlena Hartman v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00867 | Anita Hartsock v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00868 | Ruth Hayes v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00869 | Pam Heath v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00871 | Donna Henson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00872 | Blanca Hernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00873 | Elvira Hernandez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00874 | Isabelle Hetrick v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00875 | Lois Hewitt v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00876 | Stacey Hille v. Ethicon, Inc.; Johnson & Johnson |

| | |
|---|---|
| 2:18-cv-00877 | Katina Holliday v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00878 | Melissa Hosier-Craycraft v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00879 | Shirley Hoskins v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00880 | Linda Hough v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00885 | Joan Sutherland v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00884 | Sheila Tackett v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00883 | Rosa Tavarez v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00881 | Kaye Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00882 | Carolyn Taylor v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00819 | Linda Terrey v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00820 | Debbie Thomas v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00818 | Sylvia Thronson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00823 | Virginia Tidd v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00825 | Diane Tonet v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00826 | Phyllis Toran v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00828 | Bonnie Tullis v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00830 | Ardith Turner v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00707 | Georgia Vanderhoff-Colon v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00705 | Seidah Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00706 | Barbara Vaughn v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00698 | Janet Walker v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00695 | Vera Walkowiak v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00694 | Tina Wallace v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00684 | Nancy Walls v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00682 | Elaine Wassmer v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00672 | Cathy Weigle v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00677 | Ann Whaley v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00667 | Kandra White v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00669 | Christine White v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00664 | Betty Williams v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00611 | Karen Wines v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00613 | Caroline Winget v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00620 | Nancy Wood v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00619 | Dawn Woolums v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00618 | Jane Yaldoo v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00617 | Helen Ymson v. Ethicon, Inc.; Johnson & Johnson |
| 2:18-cv-00616 | Franceska Zweifler v. Ethicon, Inc.; Johnson & Johnson |